UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re.                                                                 No. C 11-3036 SI (pr)

RICKARD ANDERSON,                                    **JUDGMENT**

      Plaintiff.
_____/

    This action is dismissed because it is frivolous.

    IT IS SO ORDERED AND ADJUDGED.

Dated: September 1, 2011

                                               SUSAN ILLSTON
                                           United States District Judge